**James V. BURKE, Appellee**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.**

Supreme Court of Pennsylvania.

Argued March 6, 2001.

Decided March 22, 2001.

Harold Cramer, Timothy Peter Wile, Harrisburg, for PennDOT, appellant.

George Arthur Miller, Pittsburgh, for James V. Burke, appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justice NIGRO and Justice NEWMAN did not participate in the consideration or decision of this case.